NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**XACTWARE SOLUTIONS, INC.,**
*Appellant*

**v.**

**PICTOMETRY INTERNATIONAL CORPORATION,**
*Appellee*

———————————

2018-1093, 2018-1094

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00593, IPR2016-00594.

———————————

**JUDGMENT**

———————————

LEE CARL BROMBERG, McCarter & English, LLP, Boston, MA, argued for appellant. Also represented by MARK NIKOLSKY, SCOTT S. CHRISTIE, TIMOTHY PATRICK HOMLISH, AMIT R. PARIKH, MATTHEW ADAM SKLAR, Newark, NJ.

JORDAN A. SIGALE, Dunlap Codding, PC, Chicago, IL, argued for appellee. Also represented by DOUGLAS SOROCCO, Oklahoma City, OK.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2018      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court